

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00575-CV

**IN THE INTEREST OF V.M.T.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-13681
Honorable Cathleen M. Stryker, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and judgment is RENDERED that Abram Charles Rabinowitz is the biological father of V.M.T. It is ORDERED that appellant Kim Tarka recover her costs of this appeal from appellee Abram Charles Rabinowitz.

SIGNED August 15, 2018.

_____
Rebeca C. Martinez, Justice

---

[1] The Honorable Cathleen M. Stryker signed a final judgment referencing an order granting summary judgment signed prior to a severance. The Honorable Laura Salinas signed the order granting the summary judgment and the agreed order of severance.